UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2138 DMG(JC) | Date | December 6, 2012 |
|---|---|---|---|
| Title | William D. Caldwell v. Los Angeles County, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**      (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION AS AGAINST DEFENDANTS LOS ANGELES COUNTY, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, AND SHERIFF LEROY D. BACA FOR LACK OF PROSECUTION**

This action was filed on March 13, 2012. Plaintiff filed proofs of service regarding service of the complaint and summons on each of the named defendants on July 12, 2012. (Docket Nos. 5-11). Although defendants Wirsing, Deneff, Stilson and Ramage have filed an answer and the action is proceeding as to them, defendants Los Angeles County, Los Angeles County Sheriff's Department, and Sheriff Leroy D. Baca ("defendants in issue") have not filed a responsive pleading by the deadline to do so. Based upon a review of the docket in this action, the Court is unaware of any action having been undertaken in this matter relative to the defendants in issue since their deadline to file a responsive pleading expired. No answer or request for an extension of time to file a responsive pleading has been filed by the defendants in issue.

As it is plaintiff's responsibility to prosecute this action diligently, the Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **December 20, 2012**, why this action should not be dismissed for lack of prosecution as to the defendants in issue.

IT IS SO ORDERED.

| | Initials of Deputy Clerk | hr |
|---|---|---|