# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. CALDWELL,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY; L.A. COUNTY SHERIFF'S DEPARTMENT; SHERIFF LEROY D. BACA; SHERIFF DEPUTIES WIRSING, DENEFF and STILSON; SERGEANT RAMAGE; and DOES 1 through 10, sheriff deputies in their official and individual capacities,<br><br>Defendants. | CASE NO.: CV 12-2138 BRO (JCx)<br><br>**JUDGMENT** |

On May 27, 2014, this action came before the Honorable Beverly Reid O'Connell for trial. A jury of seven was impaneled and sworn to try the action. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, and being duly instructed by the Court, the jury retired to consider its verdict.

On May 30, 2014, the jury returned to court and duly rendered unanimous special verdicts in writing. Based on the jury's verdict returned on May 30, 2014, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Plaintiff William D. Caldwell shall recover nothing by way of the Judgment;

2. Judgment shall be entered in favor of Defendant Christopher Wirsing and against Plaintiff William D. Caldwell; and

3. Defendant Christopher Wirsing shall be entitled to his costs pursuant to 28 U.S.C. § 1920.

4.

**IT IS SO ORDERED.**

Dated: June 4, 2014

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge